UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Shakeji Rosser,<br><br>            Plaintiff,<br>   v.<br><br>Commercial Recovery Systems, Inc.,<br><br>            Defendant. | Civil Action No.: 4:13-cv-00282-Y |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 27, 2013

                                        Respectfully submitted,

                                        By  /s/*Jody B. Burton*

                                        Jody B. Burton, Esq.
                                        Bar No.: 71681
                                        LEMBERG & ASSOCIATES L.L.C.
                                        1100 Summer Street, 3rd Floor
                                        Stamford, CT 06905
                                        Telephone: (203) 653-2250
                                        Facsimile:  (203) 653-3424
                                        E-mail: jburton@lemberglaw.com
                                        Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 27, 2013, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                              By  /s/*Jody B. Burton*
                                                     Jody B. Burton