IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHAKEJI ROSSER | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-282-Y |
| | § | |
| COMMERCIAL RECOVERY SYSTEMS, INC. | § § | |

## ORDER TO FILE DISMISSAL DOCUMENTS

The notice of settlement (doc. ) filed June 27, 2013, indicates that all matters in controversy between the parties in the above-styled and -numbered cause have been settled. Accordingly, the parties **must** file an agreed motion to dismiss or a stipulation of dismissal due to settlement no later than **August 26, 2013.**

SIGNED July 8, 2013.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE