```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  FORT WORTH DIVISION
```

SHAKEJI ROSSER                   §
                                 §
VS.                              §   CIVIL ACTION NO. 4:13-CV-282-Y
                                 §
COMMERCIAL RECOVERY SYSTEMS,     §
INC.                             §

## FINAL JUDGMENT

In accordance with Plaintiff's notice of dismissal (doc. 11) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in the above-styled and -numbered cause are DISMISSED WITH PREJUDICE. Each party shall bear its own costs.

SIGNED August 21, 2013.

*Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/dc